IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-144-BO-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STANLEY HICKMAN, | ) | |
| | ) | |

This matter is before the Court on Defendant Stanley Hickman's motions for prior custody credit (DE # 103 & 104). Defendant requests that this Court order the Federal Bureau of Prisons ("BOP") to credit his federal sentence for time spent in state custody. Defendant is currently incarcerated at FCI Fort Dix, New Jersey. A challenge to the BOP's calculation of a sentence is properly brought under 28 U.S.C. § 2241. *Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000). A petition under § 2241 may only be maintained in the district where there is in personam jurisdiction over the Defendant's immediate custodian. *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). In this case, Defendant's custodian is the warden of FCI Fort Dix in New Jersey. As such, this Court lacks jurisdiction to adjudicate this claim. Therefore, Defendant's Motions are hereby DISMISSED.

SO ORDERED, this 30 day of May, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE