# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

**FILED**

**DEC 27 2011**

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States of America )
v. )
Stanley Hickman )
) Case No: 5:93-CR-144-3BO
) USM No: 14917-056
Date of Original Judgment: 10/31/1994 )
Date of Previous Amended Judgment: _____ ) Thomas P. McNamara
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 255 months **is reduced to** 198 months.

The court imposes a sentence of 235 months at the bottom of the guideline range in this case; however, the court previously granted the defendant, pursuant to 5G1.3(b), credit for 37 months spent in custody on related conduct. Therefore, a similar reduction of 37 months from bottom of the revised range would result in a sentence of 198 months on Counts 1 and 12 and 60 months on Count 11, all to run concurrently.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 31, 1994 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-23-11

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011